**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 0 9 2013

**MATTHEW J. DYKMAN**
CLERK

August 26, 2013

Warden Joe Chavez, et. al.
c/o Brandon Huss
PO Box 696
Moriarity, NM 87035

Jan Green
c/o Matthew Coyte
1000 Second Street N.W.
Albuquerque, NM 87102

Re: Civil Action No. 12-CV-01260 MCA/KBM
Jan Green v. Warden Joe Chavez, et.al.

New Mexico QuickCare, LLC (NMQC) provided Valencia County Detention Center (VCDC) access to an independent, licensed nurse practitioner to provide limited medical services on a part-time basis to (VCDC) during the time period of 2008-2010. This provider, Julianna Stangel, was fully independent, and NMQC acted only as a billing and administrative agent to facilitate these services. NMQC did not provide medical oversight to Ms. Stangel. Ms. Stangel and NMQC did not provide mental health services during this time period, as these were provided to VCDC by other contracted parties. NMQC ceased operations in September 2010, and is no longer an operating business entity.

Dean Schear, as previous employee and registered agent of
New Mexico QuickCare, LLC
4385 Old Ranch Road
Colorado Springs, CO 80908
575=640-7665

Cc: Barbara Ashleigh-Phear
United States District Court

