IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAN GREEN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CIV 12-01260 MCA/KBM

WARDEN JOE CHAVEZ,
NURSE REBECCA GRANGER,
CAPTAIN RON PEREZ, and
JOHN DOE, Correctional Officer,

    Defendants,

and

BOARD OF COUNTY COMMISSIONERS
OF VALENCIA COUNTY,

    Third-Party Plaintiffs,

v.

NEW MEXICO QUICKCARE, LLC, THE
ESTATE OF BLANCA BADILLO-CASTRO,
DECEASED, and VALENCIA FAMILY
MEDICINE & EXPRESS CARE,

    Third-Party Defendants.

## ORDER ADOPTING PROPOSED FINDINGS OF FACT
## AND CONCLUSIONS OF LAW

    THIS MATTER comes before the Court on the Chief Magistrate Judge's Proposed Findings of Fact and Conclusions of Law ("Report and Recommendation") [Doc.109] filed September 4, 2015 which recommended that the Court grant the Third-Party Plaintiff's Motion for Default Judgment and Hearing on Damages [Doc. 93]. The Report

and Recommendation notified the Third-Party Defendants of their ability to file objections by September 21, 2015, and that failure to do so waives appellate review. To-date, no objections have been filed, and there is nothing in the record indicating that the Report and Recommendation was not delivered to each of the Third-Party Defendants via their registered agent or attorney of record.

Wherefore,

IT IS HEREBY ORDERED that Chief Magistrate Judge Molzen's Proposed Findings of Fact and Conclusions of Law [Doc. 109] are hereby adopted;

IT IS FURTHER ORDERED that the Third-Party Plaintiff's Motion for Default Judgment [Doc. 93] is granted, and that the Court will enter Default Judgment in favor of Third-Party Plaintiff Board of Commissioners of Valencia County and against the Third-Party Defendants jointly and severally in the amount of $1,598,733.00.

_____
CHIEF UNITED STATES DISTRICT JUDGE